```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

|   |   |
|---|---|
| TIFFANY PRUETT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) No. 2:09-cv-02600-JPM-cgc |
|  | ) |
| GEORGE E. SKOUTERIS, JR., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING DEFENDANT'S RULE 60 MOTION FOR RELIEF FROM JUDGMENT, and DENYING DEFENDANT'S RULE 62 MOTION TO STAY PROCEEDINGS TO ENFORCE JUDGMENT**

Pending before the Court is the Report and Recommendation of Magistrate Judge Charmaine G. Claxton, submitted January 6, 2011 (Docket Entry ("D.E.") 27), recommending that the Court deny both Defendant's Rule 60 Motion for Relief from Judgment (D.E. 22), and Defendant's Rule 62 Motion to Stay Proceedings to Enforce Judgment (D.E. 23). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety, DENIES Defendant's Rule 60 Motion for Relief from Judgment, and DENIES Defendant's Rule 62 Motion to Stay Proceedings to Enforce Judgment.

**IT IS SO ORDERED,** this 25th day of January, 2011.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE